# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | PO-25-5239-GF-JTJ |
| **Plaintiff,** | **VIOLATION:** |
| | **E2372041** |
| **vs.** | **Location Code: M13** |
| **BRYCE MILLER,** | **PROPOSED ORDER** |
| **Defendant.** | |

Based upon the United States' motion to dismiss violation E2372041 and for good cause shown,

**IT IS ORDERED** that violation E2372041 is **DISMISSED**.

**IT IS FURTHER ORDERED** that the bench trial scheduled for March 26, 2026, is **VACATED.**

DATED this 2nd day of March 2026.

_____
John Johnston
United States Magistrate Judge